UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE DANIEL PEREZ, individually and on behalf of others similarly situated,

                      Plaintiff,

against

82ND STREET GROCERY INC., d/b/a WEST 82ND GROCERY INC., et al.,

                      Defendants.

CIVIL ACTION NO.: 20 Civ. 4955 (JMF) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

The Settlement Conference scheduled for September 16, 2020 (see ECF No. 5) will now be held by telephone. The parties are directed to call the Court's conference line at the scheduled time: (866) 390-1828; access code: 380-9799.

Dated:       New York, New York
             September 9, 2020

                                            SO ORDERED

                                            _____
                                            SARAH L. CAVE
                                            United States Magistrate Judge