UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JORGE DANIEL PEREZ, individually and on behalf of others similarly situated,

                      Plaintiff,

-v-

82ND STREET GROCERY INC., d/b/a WEST 82ND GROCERY INC., et al.,

                      Defendants.

CIVIL ACTION NO.: 20 Civ. 4955 (SLC)

**ORDER TO SUBMIT SETTLEMENT MATERIALS**

**SARAH L. CAVE**, United States Magistrate Judge.

This case contains one or more claims arising under the Fair Labor Standards Act. In light of the requirements of Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), the parties must file a joint Letter-Motion that addresses whether the settlement is fair and reasonable.

The parties must file their Letter-Motion by **Tuesday, October 20, 2020**, and should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiff' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiff's claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint Letter-Motion should also explain the attorneys' fees arrangement, attach a copy of any retainer agreement, and provide records demonstrating actual attorneys' fees

1

expended. Finally, a copy of the settlement agreement itself must accompany the joint Letter-Motion.

Dated:   New York, New York
         October 6, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**