UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

JORGE DANIEL PEREZ, *individually and on behalf of others similarly situated*,

                *Plaintiff*,

    -against-

82ND STREET GROCERY INC. (D/B/A WEST 82ND GROCERY INC.), PARAMJIT SINGH, and LAKI SINGH,

                *Defendants*.

---------------------------------------------------------------X

Civil Action No. **20-cv-04955 (SLC)**

**[Proposed Form Of] JUDGMENT**

## JUDGMENT

On October 19, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JORGE DANIEL PEREZ, have judgment against 82ND STREET GROCERY INC. (D/B/A WEST 82ND GROCERY INC.), PARAMJIT SINGH, and LAKI SINGH (collectively "Defendants"), jointly and severally, in the amount of $100,000, (One Hundred Thousand Dollars) which is inclusive of attorneys' fees and costs.

Dated: _____, 2020

                                                   _____