UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JORGE DANIEL PEREZ, *individually and on behalf of others similarly situated*,

          *Plaintiff*,

-against-

82ND STREET GROCERY INC. (D/B/A WEST 82ND GROCERY INC.), PARAMJIT SINGH, and LAKI SINGH,

          *Defendants*.

----------------------------------------------------------------X

Civil Action No. **20 Civ. 4955 (SLC)**

**JUDGMENT**

## JUDGMENT

On October 19, 2020 Plaintiff filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff JORGE DANIEL PEREZ, have judgment against 82ND STREET GROCERY INC. (D/B/A WEST 82ND GROCERY INC.), PARAMJIT SINGH, and LAKI SINGH (collectively "Defendants"), jointly and severally, in the amount of $100,000, (One Hundred Thousand Dollars) which is inclusive of attorneys' fees and costs.

---

Plaintiff Jorge Daniel Perez has accepted Defendants' Rule 68 Offer of Judgment. (ECF Nos. 17 [Notice of Acceptance]; 17-1 [Offer of Judgment]). Accordingly, the Clerk of Court is respectfully directed to enter judgment against Defendants and to deem this matter closed.

SO-ORDERED 10/20/2020

*[signature]*
SARAH L. CAVE
United States Magistrate Judge